IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARTHUR TESCHNER,

    Plaintiff,

v.                                                          Case No. 13-cv-505

UNITED STATES OF AMERICA,

    Defendant.

---

## STIPULATION AND ORDER FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed on its merits with prejudice, and each party will bear their own attorneys' fees, costs and expenses.

Executed this 21st day of November, 2013.

                         JOHN W. VAUDREUIL
                         United States Attorney

                         By: *[signature]*

                         THOMAS A. AGNELLO
                         Special Assistant United States Attorney
                         660 West Washington Avenue, Suite 303
                         Madison, Wisconsin 53703-4703
                         608/264-5158
                         TTY 608/264-5006

                         ATTORNEYS FOR DEFENDANT

Executed this 22nd day of November, 2013.

*[signature]*
ROBERT A. PARSONS
Bye, Goff, and Rohde, Ltd.
258 Riverside Drive, Box 167
River Falls, WI 54022
Telephone: 715-425-8161
Email: Robert@byegoff.com

ATTORNEY FOR PLAINTIFF

Executed this 30th day of Nov., 2013.

*[signature]*
ARTHUR TESCHNER
PLAINTIFF

## ORDER

Upon the foregoing Stipulation and Motion of all parties:

IT IS HEREBY ORDERED that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed on its merits with prejudice and without costs to any party.

Entered this __ day of December, 2013.

BY THE COURT:

_Barbara B. Crabb_
~~STEPHEN L. CROCKER~~
~~Magistrate~~ District Judge